UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------
Re:    JEREMY T ENGEL
        JENNIFER A ENGEL              BKY 18-50486-WJF
        Debtor(s)                      Chapter 13 case

------------------------------------------

TRUSTEE'S NOTICE OF FINAL CURE PAYMENT
CLAIM HOLDER: SN SERVICING CORP.

Kyle L Carlson, Chapter 13 Trustee, for his Notice of Final Cure Payment, states as follows:

1.    The debtor has completed all payments under the plan and has paid in full the amount required to cure the default under the claim holder's claim, in accordance with the terms of the confirmed chapter 13 plan.

2.    This notice is being provided in compliance with FED. R. BANKR. P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtor's principal residence and whose claims are provided for under 11 U.S.C. § 1322(b)(5).

3.    NOTICE OF OBLIGATION TO FILE AND SERVE A RESPONSE:

**THE CLAIMANT HAS AN OBLIGATION UNDER THIS RULE TO FILE AND SERVE A RESPONSE TO THIS NOTICE. THE NOTICE MUST BE FILED WITH THE BANKRUPTCY COURT AND SERVED ON THE DEBTOR, THE DEBTOR'S COUNSEL, AND THE TRUSTEE, NOT LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. FED. R. BANKR. P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE CLAIMANT'S RESPONSE.**

/e/ Kyle L Carlson
Kyle L Carlson, Chapter 13 Trustee
PO Box 519
Barnesville, MN 56514
(218)354-7356

CERTIFICATE OF SERVICE

      I, Brandi Anderson, employed by Kyle L Carlson, Chapter 13 Trustee, declare under penalty of perjury, that on March 2, 2022 I served a copy of this notice on the individual(s) named below, in the manner described.

Date:   3/2/2022                                                    /e/ Brandi Anderson

VIA CM/ECF:

RYAN T MUIR
ATTORNEY FOR DEBTORS

US TRUSTEE

VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID:

SN SERVICING CORP.
323 FIFTH STREET
EUREKA, CA 95501

JEREMY T and JENNIFER A ENGEL
2540 JEFFERSON ST
DULUTH, MN 55812